**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**HARVEY WILLIAM HUGUNIN** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:26-cv-39-TBM-RPM**

**KEESLER FEDERAL CREDIT UNION, et al** **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on submission of the Report and Recommendation [31] entered by United States Magistrate Judge Robert P. Myers on August 19, 2026. Judge Myers recommends dismissing the Plaintiff's complaint without prejudice for lack of subject matter jurisdiction. Hugunin has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.[1]

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) advisory committee's note to 1983 addition (citations omitted); *see Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010) (affirming district court's dismissal of Section 1983 claims and stating that "[w]hen a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error" (*citing Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1))). Having considered Judge Myers' Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

---

[1] A copy of the Report and Recommendation [31] was mailed to Hugunin on August 19, 2026.

IT IS ORDERED that the Report and Recommendation [31] entered by United States Magistrate Judge Robert P. Myers on August 19, 2026, is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED that the claims asserted in Harvey William Hugunin's Complaint [1] are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

THIS, the 5th day of November, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE